(March 5, 1985)

■ In the Matter of ALEXANDER R. and Others, Children Alleged to be Neglected. DEPARTMENT OF SOCIAL SERVICES, Respondent, v ALVIN R., Appellant, et al., Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALVIN R., SR., on Behalf of R. CHILDREN, Appellant, v CATHOLIC HOME BUREAU AND SPECIAL SERVICES FOR CHILDREN, Respondent. — Order, Supreme Court, Bronx County (Howard Goldfluss, J.), entered on or about February 10, 1983, and three orders of the Family Court, Bronx County (Judith Sheindlin, J.), entered on March 11, 1983, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Ross, Bloom and Fein, JJ.

■ TOWN & TRAVEL CASUALS, INC., Appellant, v A. J. ARMSTRONG CO., INC., Respondent, et al., Defendant. — Order and judgment (one paper), Supreme Court, New York County (Martin Stecher, J.), entered on or about January 24, 1984, and judgment of said court entered on February 28, 1984, unanimously affirmed for the reasons stated by Martin Stecher, J., at Trial Term. Respondent shall recover of appellant one bill of $75 costs and disbursements of these appeals. Concur — Sandler, J. P., Carro, Bloom and Kassal, JJ.